IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| WACHOVIA COMMERICAL MORTGAGE, INC. doing business as Wachovia Small Business Capital, and formerly known as The Money Store Commerical Mortgage, Inc.<br><br>Plantiff,<br><br>v.<br><br>SUN ENTERPRISES, INC., AMIT K. RAY, AND TAPATI RAY<br><br>Defendants, | Case No. 2:05cv2257 Ma |

## DEFAULT

Upon the Request for Entry of Default filed by Plantiff on May 10, 2005, DEFAULT IS HEREBY ENTERED against the defendants, <u>Sun Enterprises, Inc., Amit K. Ray, and Tapati Ray</u>, pursuant to FRCvP 55(a).

Service was made upon the above-named defendants in accordance to the FRCvP. The defendants has failed to plead or answer.

For good cause shown, the court may set aside this request for entry of default, pursuant to Rule 55(c).

Entered this 10th day of May, 2005.

ROBERT R. DI TROLIO
Clerk of Court

By: _____
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5/24/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02257 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Timothy D. Patterson
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable Samuel Mays
US DISTRICT COURT