IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨illegible⟩ D.C.
05 AUG 18 PM 4: 53
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

WACHOVIA COMMERCIAL MORTGAGE,
INC., doing business as Wachovia Small
Business Capital, and formerly known as
The Money Store Commercial Mortgage, Inc.,

    Plaintiff,

v.                               Case No. 05-2257-Ma p

SUN ENTERPRISES, INC., AMIT K. RAY,
and TAPITI RAY,

    Defendants.

## ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT

IT APPEARS to the Court the Defendants filed a motion pursuant to F. R. C. P. 55(c) to set aside the entry of default heretofore entered in this cause on May 24, 2005. For good cause shown, the Court hereby grants the motion to set aside entry of default. The Defendants' answer filed in this case on June 22, 2005 shall be allowed.

IT IS SO ORDERED.

JUDGE
Date: August 18, 2005

Eugene G. Douglass, #7996
Attorney for Petitioner
2820 Summer Oaks Drive
Bartlett, TN 38134
(901) 388-5804

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02257 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Eugene G. Douglass
2820 Summer Oaks Drive
Bartlett, TN 38134

Timothy D. Patterson
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable Samuel Mays
US DISTRICT COURT