IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| WACHOVIA COMMERCIAL MORTGAGE, INC., doing business as Wachovia Small Business Capital, and formerly known as The Money Store Commercial Mortgage, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> SUN ENTERPRISES, INC., et al., <br><br> Defendants. | Civ. No. <u>05-2257-Ma/P</u> |

---

ORDER DENYING WITHOUT PREJUDICE DEFENDANTS'
MOTION FOR LEAVE OF COURT TO BRING IN THIRD PARTY DEFENDANTS

---

Before the court is defendants' Motion for Leave of Court to Bring in Third Party Defendants, filed November 3, 2005. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." *Id.*

Therefore, defendants motion is DENIED, without prejudice.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-14-05

Defendants may renew their motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_/s/ Tu M. Pham_
TU M. PHAM
United States Magistrate Judge

_November 7, 2005_
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CV-02257 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Timothy D. Patterson
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Eugene G. Douglass
2820 Summer Oaks Drive
Bartlett, TN 38134

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable Samuel Mays
US DISTRICT COURT