IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 NOV 29 PM 3: 47
THOMAS M. GOULD
CLERK, U.S. DIST COURT
W/D OF TN MEMPHIS

WACHOVIA COMMERCIAL MORTGAGE,
INC., doing business as Wachovia Small Business
Capital, and formerly known as The Money Store
Commercial Mortgage, Inc.,

    Plaintiff,

v.

    Case No. 2:05-cv-2257-SHM-tmp

SUN ENTERPRISES, INC., AMIT K. RAY
And TAPATI RAY,

    Defendants.

## ORDER GRANTING DEFENDANTS LEAVE OF COURT TO BRING IN THIRD PARTY DEFENDANTS

THIS CAUSE came on to be heard upon the Motion for Leave of Court to Bring in Third Party Defendants, filed by Defendants herein, memorandum of law, and the entire record in this cause.

IT APPEARS for good cause shown that Defendants should be granted leave to bring in SANDYHA HOTELS, LLC, CHARLES S. MORAIS and SUNIL P. MIR, as third party defendants in the above matter.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants, Sun Enterprises, Inc., Amit K. Ray and Tapati Ray are granted leave to bring in SANDYHA HOTELS, LLC, CHARLES S. MORAIS and SUNIL P. MIR, as third party defendants in this case.

JUDGE
Date: November 29, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11-30-05_

_____
Eugene G. Douglass, #7996
Attorney for Defendants
2820 Summer Oaks Drive
Bartlett, TN 38134
(901) 388-5804
Fax: (901) 372-8264

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02257 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Eugene G. Douglass
2820 Summer Oaks Drive
Bartlett, TN 38134

Timothy D. Patterson
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James R. Newsom
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Honorable Samuel Mays
US DISTRICT COURT